# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

JESUS BARRERA-AVILA,

    Plaintiff,

  v.

HARRELL WATTS; RAYMOND E. HOLT;
JOHN V. FLOURNOY; KEN HARRIS, and
SAM KIRCHOFF,

    Defendants.

CIVIL ACTION NO.: 2:16-cv-141

## O R D E R

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 34, to which Plaintiff failed to file Objections.  Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **GRANTS** Defendants' Motion to Dismiss, dkt. no. 14.  The Court **DISMISSES WITH PREJUDICE** Plaintiff's claims for monetary damages against Defendants in their official capacities, Plaintiff's claims for monetary damages under the Religious Freedom Restoration Act, and Plaintiff's Federal Tort

Claims Act claims.  The Court **DISMISSES WITHOUT PREJUDICE**
Plaintiff's claims brought pursuant to <u>Bivens v. Six Unknown</u>
<u>Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971)
for monetary damages and **DISMISSES AS MOOT** Plaintiff's
declaratory and injunctive relief claims.  The Court **DIRECTS** the
Clerk of Court to enter the appropriate judgment of dismissal
and to **CLOSE** this case.  The Court **DENIES** Plaintiff leave to
proceed *in forma pauperis* on appeal.

    **SO ORDERED**, this __31__ day of __March__, 2017.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)